**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

SAFWAT QASHQEESH,

Plaintiff,

vs.

MONSTER BEVERGE CORPORATION, *et al.,*

Defendants.

Case No. 2:20-CV-3776

Judge Sarah D. Morrison

Magistrate Judge Kimberly A. Jolson

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that all of the claims asserted in this case are dismissed with prejudice. This dismissal is without consideration paid to Plaintiff. Each party is responsible for his or its own attorneys' fees and court costs.

Respectfully submitted,

/s/ *Eric W. Henry*
Eric W. Henry
THE HENRY LAW FIRM
8401 Chagrin Road, Suite 17
Chagrin Falls, Ohio 44023
Telephone: (440) 337-0083
Facsmilie: (440) 337-0084
E-Mail: eric@erichenrylaw.com

*Counsel for Plaintiff*

/s/ *Elizabeth L. Moyo*
Elizabeth L. Moyo (0081051), Trial Attorney
Ryan L. Graham (0093826)

41 South High StreetColumbus, Ohio 43215
Telephone: (614) 227-2000
Facsmilie: (614) 227-2100
E-Mail: emoyo@porterwright.com
rgraham@porterwright.com

Marc P. Miles (Ca Bar No. 197741)
Admitted Pro Hac Vice
Kristy A. Schlesinger (Ca Bar No. 221850)
Admitted Pro Hac Vice
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, California92614
Telephone: (949) 475-1500
Facsmilie: (949) 475-0016
E-Mail: mmiles@@shb.com
kschlesinger@shb.com

*Attorneys for Defendants Monster Beverage Corporation, Monster Energy Company, and Energy Beverages, LLC*

**CERTIFICATE OF SERVICE**

I certify that on October 14, 2021, I served the foregoing by electronically filing through the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Eric W. Henry*
Eric W. Henry